IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL, | 1:07-cv-00070-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST |
| B. GRICEWICH, et al., | ACCOUNT STATEMENT **OR** PAY FILING FEE |
| Defendants.                    / | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and other supporting affidavits.  However, plaintiff's application to proceed in forma pauperis is not on the proper form required by the court, and it did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

///

1  Plaintiff will be provided the opportunity to submit a new application to proceed in
2 forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing
3 fee.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. The Clerk's Office shall send to plaintiff the form for application to proceed in
6 forma pauperis.
7  2. Within **thirty (30) days** of the date of service of this order, plaintiff shall
8 submit a completed application to proceed in forma pauperis and a certified copy of his prison
9 trust account statement for the six month period immediately preceding the filing of the
10 complaint, or in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply
11 with this order will result in a recommendation that this action be dismissed.

13  IT IS SO ORDERED.
14  Dated:   **March 1, 2007**              **/s/ Dennis L. Beck**
   i0d3h8                                   UNITED STATES MAGISTRATE JUDGE