UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIN B. CARROLL, | 1:07-cv-00070-AWI-NEW (DLB) PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** (Doc. 5) |
| B. GRICEWICH, et al., | |
| Defendants. / | |

Plaintiff Arvin B. Carroll ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 5, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations were to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 5, 2007, is ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed January 16, 2007, is DENIED, without prejudice, as PREMATURE.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                    /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE