UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIN B. CARROLL,<br><br>          Plaintiff,<br><br>vs.<br><br>B. GRICEWICH, et al.,<br><br>          Defendants.<br>_____/ | 1:07-cv-00070-AWI-NEW (DLB) PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS**<br><br>(Doc. 23) |

    Plaintiff Arvin B. Carroll ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 22, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 22, 2007, is ADOPTED IN FULL;
2. This action shall proceed on plaintiff's original complaint, filed January 16, 2007, against defendants Gricewich and Peiffer under section 1983 for retaliation; and,
3. Plaintiff's denial of access to the courts claim, due process claim, and equal protection claim are DISMISSED from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   July 26, 2007**            /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE