# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIN B. CARROLL, | CASE NO. 1:07-cv-00070-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| B. GRICEWICH, et al., | (Doc. 36) |
| Defendants. | Answer or Motion Due:   November 1, 2007 |
| _____/ | |

Plaintiff Arvin B. Carroll ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2007, defendants Gricewich and Peiffer ("defendants") filed a motion seeking an extension of time to file a response to plaintiff's complaint. Plaintiff filed an opposition to the motion on September 24, 2007.

Plaintiff's opposition is noted. However, an initial ex parte request for an extension of time to gather and review documents is not viewed with disfavor, so long as the requests do not become so numerous and/or unsupported as to be abusive. The general leniency toward initial requests for extensions of time is equally applicable to plaintiffs in an action, so long as the requests do not become abusive and do not otherwise run afoul of court orders. Defendants' response was due on September 20, 2007, Fed. R. Civ. P. 6, and there has been no showing that the delay resulting from an extension of time to November 1, 2007, will cause any real prejudice to plaintiff.

///

///

1  Accordingly, defendants' motion for an extension of time up to and including November 1,
2  2007, within which to file a response to plaintiff's complaint is HEREBY GRANTED.

4  IT IS SO ORDERED.

5  Dated:   **October 4, 2007**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2