1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARVIN B. CARROLL,                          CASE NO. 1:07-cv-00070-AWI-NEW (DLB) PC

          Plaintiff,                ORDER DENYING MOTIONS FOR ENTRY
                                    OF DEFAULT AND DEFAULT JUDGMENT
   v.                                  AS PREMATURE

B. GRICEWICH, et al.,                      (Docs. 39 and 40)

          Defendants.
_____/

     Plaintiff Arvin B. Carroll ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 11, 2007, plaintiff filed motions requesting entry of default and for default judgment against defendants Gricewich and Peiffer.

     Pursuant to the court's order of October 5, 2007, defendants have until November 1, 2007, within which to respond to the complaint.  Defendants are not in default and plaintiff's motions are HEREBY DENIED as premature.

   IT IS SO ORDERED.

**Dated:**   __October 22, 2007__          _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE