# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL,<br><br>          Plaintiff,<br><br>     v.<br><br>B. GRICEWICH, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-00070-AWI-GSA PC<br><br>ORDER DISREGARDING REQUEST TO EXCEED PAGE LIMITATION<br><br>(Doc. 48) |

On November 26, 2007, Plaintiff filed a request to exceed the page limitation in his opposition to Defendants' motion to dismiss. Plaintiff's opposition is not subject to a page limitation and his request is THEREFORE DISREGARDED.

IT IS SO ORDERED.

Dated:   **May 5, 2008**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

1